SCHIFF HARDIN LLP
William J. Carroll (CA SBN 118106)
wcarroll@schiffhardin.com
Sarah D. Youngblood (CA SBN 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Michael T. Chin (CA SBN 259466)
mchin@schiffhardin.com
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
Telephone:  (312) 258-5518
Facsimile:   (312) 258-5600

Attorneys for Defendant
AEROGROUP RETAIL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California; and DOES 1-50,<br><br>Defendants. | Case No. CV12-05445 LHK<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER**<br><br><br><br>First Amended Complaint Filed: Sept. 20, 2012 |

///

///

///

1  **[PROPOSED] ORDER**

2  The motion of defendant Aerogroup Retail Holdings, Inc. for administrative

3  relief extending the deadline to file a reply in support of Defendant's motion to

4  dismiss having been fully considered and a decision having been duly rendered,

5  IT IS HEREBY ORDERED that the deadline for defendant Aerogroup Retail

6  Holdings, Inc. to file a reply in support of its pending motion to dismiss is extended

7  to and including November 26, 2012.

8  IT IS SO ORDERED.

11  Dated:  November 25, 2012

_/s/ Lucy H. Koh_
Honorable Lucy H. Koh
U.S. District Judge

16  34070-0011
SF\320479111.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO