| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | William J. Carroll (CA SBN 118106) |
| 2 | wcarroll@schiffhardin.com |
| | Sarah D. Youngblood (CA SBN 244304) |
| 3 | syoungblood@schiffhardin.com |
| | One Market, Spear Street Tower |
| 4 | Thirty-Second Floor |
| | San Francisco, CA 94105 |
| 5 | Telephone:  (415) 901-8700 |
| | Facsimile:  (415) 901-8701 |
| 6 | |
| | Michael T. Chin (CA SBN 259466) |
| 7 | mchin@schiffhardin.com |
| | 233 S. Wacker Dr., Suite 6600 |
| 8 | Chicago, IL 60606 |
| | Telephone:  (312) 258-5518 |
| 9 | Facsimile:  (312) 258-5600 |
| 10 | Attorneys for Defendant |
| | AEROGROUP RETAIL HOLDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated, | Case No. CV12-05445 LHK |
| Plaintiff, | **CLASS ACTION** |
| v. | [PROPOSED] ORDER |
| AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California; and DOES 1-50, | |
| Defendants. | First Amended Complaint Filed: Sept. 20, 2012 |

///

///

///

1     **[PROPOSED] ORDER**

2     The motion of defendant Aerogroup Retail Holdings, Inc. for administrative

3 relief extending the deadline to file a reply in support of Defendant's motion to

4 dismiss having been fully considered and a decision having been duly rendered,

5     IT IS HEREBY ORDERED that the deadline for defendant Aerogroup Retail

6 Holdings, Inc. to file a reply in support of its pending motion to dismiss is extended

7 to and including November 26, 2012.

8     IT IS SO ORDERED.

11  Dated: November 25, 2012

*Lucy H. Koh*

12  Honorable Lucy H. Koh
13  U.S. District Judge

16  34070-0011
    SF\320479111.1