1  Scott A. Miller, Esq., SB # 230322
2  Scott.miller@smillerlawoffices.com
3  Bonnie Fong, Esq., SB # 262739
   Bonnie.fong@smillerlawoffices.com
4  Kelly Ann Buschman, Esq., SB # 272565
5  Kelly.buschman@smillerlawoffices.com
   **LAW OFFICES OF SCOTT A. MILLER**
6  **A Professional Corporation**
7  15303 Ventura Blvd Suite 1070
   Sherman Oaks, California  91403
8  Tel. (818) 788-8081
9  Facsimile:  (877) 578-3555
10
11 Attorneys for Plaintiff JESSICA SANCHEZ
12
13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15
                  SAN JOSE DIVISION
16

| | |
|---|---|
| 17  **JESSICA SANCHEZ, on behalf of herself and all others similarly situated,** | Case No.: CV12-05445 LHK |
| 18 | |
| 19 | **CLASS ACTION** |
| 20       Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE LIMITED SURREPLY** |
| 21   v. | |
| 22 | |
| 23  **AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California,** | First Amended Complaint Filed: September 20, 2012 |
| 24 | |
| 25 | |
| 26       Defendants. | |
| 27 | |

28

Plaintiff Jessica Sanchez and Defendant Aerogroup Retail Holdings, Inc., by and through their respective counsel, enter into the following stipulation:

1. Whereas Plaintiff's counsel has communicated to Defendant's counsel their intent to seek leave to file a surreply to Defendant's Motion to Dismiss addressing the timeliness of Plaintiff's Opposition and the statements by Plaintiff's counsel regarding entering into a stipulation to allow Defendant additional time to file its Reply in Support of Its Motion to Dismiss;

2. Whereas Defendant does not object to the Court granting leave to Plaintiff to file the proposed surreply;

///

///

///

///

///

///

///

///

///

///

3. Therefore, the parties agree that Plaintiff be granted leave to file said surreply.

Pursuant to LR 5-1(i), concurrence in the filing of this document has been obtained from the other signatory.

| Dated December 6, 2012<br>The Law Offices Of Scott A. Miller<br><br>By: /s/ Kelly Ann Buschman<br>Kelly Ann Buschman<br>Attorneys for Plaintiff | Dated December 6, 2012<br>SCHIFF HARDIN, LLP<br><br>By: /s/ William J. Carroll<br>William J. Carroll<br>Attorneys for Defendant |
|---|---|

### [PROPOSED] ORDER

Pursuant to the stipulation, Plaintiff shall be granted leave to file a one page surreply addressing the timeliness of Plaintiff's Opposition and the statements by Plaintiff's counsel regarding entering into a stipulation to allow Defendant additional time to file Defendant's Reply in Support of its Motion to Dismiss. Plaintiff shall file her surreply by December 13, 2012.

Date: December 11, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge