1  Scott A. Miller, Esq., SB # 230322
2  Scott.miller@smillerlawoffices.com
   Bonnie Fong, Esq., SB # 262739
3  Bonnie.fong@smillerlawoffices.com
4  Kelly Ann Buschman, Esq., SB # 272565
5  Kelly.buschman@smillerlawoffices.com
   **LAW OFFICES OF SCOTT A. MILLER**
6  **A Professional Corporation**
7  15303 Ventura Blvd Suite 1070
   Sherman Oaks, California  91403
8  Tel. (818) 788-8081
9  Facsimile:  (877) 578-3555

10

11  Attorneys for Plaintiff JESSICA SANCHEZ

12
                   UNITED STATES DISTRICT COURT
13

14            NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION
16

17  | JESSICA SANCHEZ, on behalf of herself and all others similarly situated, | Case No.: CV12-05445 LHK |
    |---|---|
18  | | |
19  | | **CLASS ACTION** |
20  | Plaintiff, | **STIPULATION AND** ~~[PROPOSED]~~ **ORDER TO ALLOW PLAINTIFF TO FILE LIMITED SURREPLY** |
21  | v. | |
22  | | |
23  | **AEROGROUP RETAIL HOLDINGS, INC.,  Delaware Corporation doing business in California,** | First Amended Complaint Filed: September 20, 2012 |
24  | | |
25  | | |
26  | Defendants. | |
27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW PLAINTIFF TO FILE LIMITED SURREPLY                    1

1    Plaintiff Jessica Sanchez and Defendant Aerogroup Retail Holdings, Inc.,

2    by and through their respective counsel, enter into the following stipulation:

3    1.  Whereas Plaintiff's counsel has communicated to Defendant's counsel their

4    intent to seek leave to file a surreply to Defendant's Motion to Dismiss

5    

6    addressing the timeliness of Plaintiff's Opposition and the statements by

7    

8    Plaintiff's counsel regarding entering into a stipulation to allow Defendant

9    additional time to file its Reply in Support of Its Motion to Dismiss;

10   2.  Whereas Defendant does not object to the Court granting leave to Plaintiff to

11   

12   file the proposed surreply;

13   / / /

14   

15   / / /

16   / / /

17   

18   / / /

19   / / /

20   

21   / / /

22   / / /

23   / / /

24   

25   / / /

26   / / /

27   

28   / / /

3.  Therefore, the parties agree that Plaintiff be granted leave to file said surreply.

Pursuant to LR 5-1(i), concurrence in the filing of this document has been obtained from the other signatory.

| Dated December 6, 2012<br>The Law Offices Of Scott A. Miller<br><br><br>By: ___/s/ Kelly Ann Buschman<br>Kelly Ann Buschman<br>Attorneys for Plaintiff | Dated December 6, 2012<br>SCHIFF HARDIN, LLP<br><br><br>By: _/s/ William J. Carroll<br>William J. Carroll<br>Attorneys for Defendant |
| --- | --- |

### [PROPOSED] ORDER

Pursuant to the stipulation, Plaintiff shall be granted leave to file a one page surreply addressing the timeliness of Plaintiff's Opposition and the statements by Plaintiff's counsel regarding entering into a stipulation to allow Defendant additional time to file Defendant's Reply in Support of its Motion to Dismiss.  Plaintiff shall file her surreply by December 13, 2012.

Date: December 11, 2012

_Lucy H. Koh_

Lucy H. Koh
United States District Judge