SCHIFF HARDIN LLP
William J. Carroll (CA SBN 118106)
wcarroll@schiffhardin.com
Sarah D. Youngblood (CA SBN 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Michael T. Chin (CA SBN 259466)
mchin@schiffhardin.com
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
Telephone:  (312) 258-5500
Facsimile:   (312) 258-5600

Attorneys for Defendant
AEROGROUP RETAIL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California; and DOES 1-50,<br><br>            Defendants. | Case No. CV12-05445 LHK<br><br>**STIPULATION TO ALLOW DEFENDANT TO FILE LIMITED SURREPLY; [PROPOSED] ORDER**<br><br>Date:         Mar. 7, 2013<br>Time:        1:30 p.m.<br>Courtroom:   8<br><br>First Amended Complaint Filed:<br>Sept. 20, 2012 |

1   WHEREAS, on November 19, 2012, plaintiff Jessica Sanchez ("Plaintiff")

2   filed a Motion to Remand [Dkt Nos. 14-17] ("Motion"), in which Plaintiff argued

3   that the instant action should be remanded to California Superior Court because her

4   "original Complaint put Defendant on notice that the amount in controversy was

5   over $75,000.00 just with Plaintiff's claims under California Labor Code Section

6   1197.1 alone, without the additional claims in the Complaint" (Motion at 4);

7   WHEREAS, on December 3, 2012, defendant Aerogroup Retail Holdings,

8   Inc. ("Defendant") filed an Opposition to Motion to Remand [Dkt. 22]

9   ("Opposition"), in which Defendant argued that Plaintiff's Motion should fail

10  because penalties under Labor Code section 1197.1 cannot be aggregated for

11  purposes of calculating the amount in controversy;

12  WHEREAS, on December 10, 2012, Plaintiff filed a Reply in Support of

13  Plaintiff's Motion to Remand [Dkt. 24] ("Reply"), in which Plaintiff asserted the

14  argument that the time for removal of this action was triggered as a result of notice

15  to Defendant concerning the potential or impending assertion of a claim under

16  California's Private Attorneys General Act of 2004 ("PAGA"), prior to the filing of

17  Plaintiff's First Amended Complaint;

18  WHEREAS, it is Defendant's position that a limited surreply is necessary to

19  address Plaintiff's PAGA argument;

20  WHEREAS, Plaintiff does not object to the Court granting leave to

21  Defendant to file the proposed surreply;

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff Jessica Sanchez and Defendant Aerogroup Retail Holdings, Inc., by and through their respective counsel of record, that Defendant be granted leave to file the proposed surreply.

SO STIPULATED.

Dated:  December 13, 2012            SCHIFF HARDIN LLP


                                    By:___/s/ Michael T. Chin_____
                                       Michael T. Chin
                                       Attorneys for Defendant
                                       AEROGROUP RETAIL
                                       HOLDINGS, INC.


Dated:  December 13, 2012            LAW OFFICES OF SCOTT A. MILLER


                                    By:___/s/ Kelly A. Buschman_____
                                       Kelly A. Buschman (with permission)
                                       Attorneys for Plaintiff
                                       JESSICA SANCHEZ


### GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Kelly A. Buschman's concurrence in the filing of this document.


                                    ____/s/ Michael T. Chin_____
                                       Michael T. Chin

# [PROPOSED] ORDER

Defendant is hereby granted permission to file a one page surreply, which shall be filed by December 17, 2012.  The parties are advised that future requests to file surreplies are disfavored and are likely to be denied.

Dated:  December 14, 2012

_Lucy H. Koh_

Honorable Lucy H. Koh
U.S. District Court Judge

34070-0011
SF\320495124.2

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

Case No. CV12-05445 LHK

STIPULATION TO ALLOW DEFENDANT TO FILE LIMITED SURREPLY; [PROPOSED] ORDER