| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | William J. Carroll (CA SBN 118106) |
| 2 | wcarroll@schiffhardin.com |
| | Sarah D. Youngblood (CA SBN 244304) |
| 3 | syoungblood@schiffhardin.com |
| | One Market, Spear Street Tower |
| 4 | Thirty-Second Floor |
| | San Francisco, CA  94105 |
| 5 | Telephone:   (415) 901-8700 |
| | Facsimile:    (415) 901-8701 |
| 6 | |
| | Michael T. Chin (CA SBN 259466) |
| 7 | mchin@schiffhardin.com |
| | 233 S. Wacker Dr., Suite 6600 |
| 8 | Chicago, IL 60606 |
| | Telephone:   (312) 258-5500 |
| 9 | Facsimile:    (312) 258-5600 |

Attorneys for Defendant
AEROGROUP RETAIL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated, | Case No. CV12-05445 LHK |
| Plaintiff, | **STIPULATION TO ALLOW DEFENDANT TO FILE LIMITED SURREPLY; [PROPOSED] ORDER** |
| v. | Date:          Mar. 7, 2013 |
| AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California; and DOES 1-50, | Time:          1:30 p.m. |
| | Courtroom:  8 |
| Defendants. | First Amended Complaint Filed: Sept. 20, 2012 |

1  WHEREAS, on November 19, 2012, plaintiff Jessica Sanchez ("Plaintiff")
2  filed a Motion to Remand [Dkt Nos. 14-17] ("Motion"), in which Plaintiff argued
3  that the instant action should be remanded to California Superior Court because her
4  "original Complaint put Defendant on notice that the amount in controversy was
5  over $75,000.00 just with Plaintiff's claims under California Labor Code Section
6  1197.1 alone, without the additional claims in the Complaint" (Motion at 4);

7  WHEREAS, on December 3, 2012, defendant Aerogroup Retail Holdings,
8  Inc. ("Defendant") filed an Opposition to Motion to Remand [Dkt. 22]
9  ("Opposition"), in which Defendant argued that Plaintiff's Motion should fail
10 because penalties under Labor Code section 1197.1 cannot be aggregated for
11 purposes of calculating the amount in controversy;

12 WHEREAS, on December 10, 2012, Plaintiff filed a Reply in Support of
13 Plaintiff's Motion to Remand [Dkt. 24] ("Reply"), in which Plaintiff asserted the
14 argument that the time for removal of this action was triggered as a result of notice
15 to Defendant concerning the potential or impending assertion of a claim under
16 California's Private Attorneys General Act of 2004 ("PAGA"), prior to the filing of
17 Plaintiff's First Amended Complaint;

18 WHEREAS, it is Defendant's position that a limited surreply is necessary to
19 address Plaintiff's PAGA argument;

20 WHEREAS, Plaintiff does not object to the Court granting leave to
21 Defendant to file the proposed surreply;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff
2   Jessica Sanchez and Defendant Aerogroup Retail Holdings, Inc., by and through
3   their respective counsel of record, that Defendant be granted leave to file the
4   proposed surreply.
5   SO STIPULATED.

Dated:  December 13, 2012          SCHIFF HARDIN LLP


                                   By:  */s/ Michael T. Chin*
                                         Michael T. Chin
                                         Attorneys for Defendant
                                         AEROGROUP RETAIL
                                         HOLDINGS, INC.


Dated:  December 13, 2012          LAW OFFICES OF SCOTT A. MILLER


                                   By:  */s/ Kelly A. Buschman*
                                         Kelly A. Buschman (with permission)
                                         Attorneys for Plaintiff
                                         JESSICA SANCHEZ


### GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Kelly A. Buschman's concurrence in the filing of this document.

                                         */s/ Michael T. Chin*
                                         Michael T. Chin

1

**[PROPOSED] ORDER**

2   Defendant is hereby granted permission to file a one page surreply, which shall be filed by
3   December 17, 2012. The parties are advised that future requests to file surreplies are disfavored and are likely to be denied.

4

5

6

7

8

9   Dated: December 14, 2012

_____
Honorable Lucy H. Koh
10  U.S. District Court Judge

11

12

13

14   34070-0011
     SF\320495124.2

15

16

17

18

19

20

21

22

23

24

25

26

27

28