1  Scott A. Miller, Esq., SB # 230322
2  Scott.miller@smillerlawoffices.com
3  Bonnie Fong, Esq., SB # 262739
   Bonnie.fong@smillerlawoffices.com
4  Kelly Ann Buschman, Esq., SB # 272565
5  Kelly.buschman@smillerlawoffices.com
   **LAW OFFICES OF SCOTT A. MILLER**
6  **A Professional Corporation**
7  15303 Ventura Blvd Suite 1070
   Sherman Oaks, California  91403
8  Tel. (818) 788-8081
9  Facsimile:  (877) 578-3555
10  Attorneys for Plaintiff JESSICA SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JESSICA SANCHEZ, on behalf of herself and all others similarly situated,**<br><br>    **Plaintiff**,<br><br>    v.<br><br>**AEROGROUP RETAIL HOLDINGS, INC.,  Delaware Corporation doing business in California,**<br><br>    Defendants. | Case No.: CV12-05445 LHK<br><br>**CLASS ACTION**<br>**[PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE TELEPHONICALLY BY PLAINTIFF'S COUNSEL FOR HEARINGS AND CASE MANAGEMENT CONFERENCE SET FOR MAY 2, 2013 AT 1:30 P.M.**<br><br>Hearing Date:  5/2/13<br>Hearing Time:  1:30 p.m.<br>Judge:  Honorable Lucy H. Koh<br>Courtroom:  8<br><br>First Amended Complaint Filed: September 20, 2012 |

The Request of Plaintiff's counsel to participate in the hearings and case management conference scheduled for May 2, 2013 at 1:30 p.m. telephonically having been considered and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Plaintiff's counsel appear telephonically. Plaintiff's counsel is to contact Courtcall and set up the telephone appearance.

IT IS SO ORDERED.

Dated: 4/23/13

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge