**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California, and DOES 1-50,<br><br>　　　　　　　　Defendants. | Case No.: 12-CV-05445-LHK<br><br>ORDER DENYING STIPULATION TO AMEND CASE SCHEDULE |

The parties have filed a stipulation requesting that the Court amend the case schedule so that the parties may have additional time to meditate this matter before engaging in discovery. ECF No. 46. The parties' request is DENIED.

**IT IS SO ORDERED.**

Dated: August 14, 2013

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-05445-LHK
ORDER DENYING STIPULATION TO AMEND CASE SCHEDULE