1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | JESSICA SANCHEZ, on behalf of herself and    ) Case No.: 12-CV-05445-LHK
   | all others similarly situated,               )
12 |                                              )
   |                 Plaintiff,                    )
13 |       v.                                      ) ORDER DENYING STIPULATION TO
   |                                              ) AMEND CASE SCHEDULE
14 | AEROGROUP RETAIL HOLDINGS, INC.,              )
   | Delaware Corporation doing business in        )
15 | California, and DOES 1-50,                     )
   |                                              )
16 |                 Defendants.                   )
17 |_____)

18         The parties have filed a stipulation requesting that the Court amend the case schedule so

19 that the parties may have additional time to meditate this matter before engaging in discovery.

20 ECF No. 46.  The parties' request is DENIED.

21 **IT IS SO ORDERED.**

22 Dated: August 14, 2013                        _Lucy H. Koh_____

23                                               LUCY H. KOH
                                                 United States District Judge
24
25
26
27
28

*United States District Court*
For the Northern District of California