1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated, | ) ) ) | Case No.: 12-CV-05445-LHK |
| Plaintiff, | ) ) ) ) | ORDER RE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| vs. | ) ) | |
| AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California, and DOES 1-50, | ) ) ) ) | |
| Defendants. | ) ) ) | |

The Court held a hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 50, on December 5, 2013.  At that hearing, the Court expressed some concerns regarding the settlement.  Thus, the Court requests the parties to provide additional information.

By 2 p.m. on December 6, 2013, the parties shall file case citations regarding Net Settlement class funds reverting to defendants.

By December 9, 2013, the parties shall file the following calculations and an explanation of the calculations:

(1) the total damages exposure of Defendant Aerogroup Retail Holdings, Inc.;

(2) the average individual Class Member's loss; and

(3) the average individual Class Member's expected settlement payment.

1

**IT IS SO ORDERED.**


Dated: December 5, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 12-CV-05445-LHK
ORDER RE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT