UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSICA SANCHEZ, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>AEROGROUP RETAIL HOLDINGS, INC., Delaware Corporation doing business in California, and DOES 1-50,<br><br>Defendants. | Case No.: 12-CV-05445-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CONSTRUING MOTION AS A MOTION FOR PRELIMINARY APPROVAL AND VACATING PRE-TRIAL AND TRIAL DATES |

Plaintiff has filed a Motion for Final Approval of Class Action Settlement ("Motion"). *See* ECF No. 73. However, the Settlement has not been preliminarily approved and notice has not been sent to the Class with regard to the terms of this settlement. Accordingly, the Court will construe the Motion as a Motion for Preliminary Approval of Class Action Settlement. Plaintiff shall submit a proposed notice by August 11, 2014.

The Court further CONTINUES the Case Management Conference set for August 6, 2014 to October 16, 2014 at 1:30 p.m. to coincide with the hearing on the Motion for Preliminary Approval. The Court also VACATES all pre-trial and trial deadlines.

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-05445-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CONSTRUING MOTION AS A MOTION FOR PRELIMINARY APPROVAL AND VACATING PRE-TRIAL AND TRIAL DATES